Oral Argument Not Yet Scheduled

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DELAWARE RIVERKEEPER NETWORK; MAYA VAN ROSSUM, the Delaware Riverkeeper, | ) ) ) | Docket No. 16-1092 |
| *Petitioners*, | ) ) ) | |
| v. | ) ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
| *Respondent*. | ) ) | |

Aaron Stemplewicz
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 (tel)
215-369-1181 (fax)

Counsel for: *Petitioners Delaware Riverkeeper Network and the Delaware Riverkeeper*

## PRELIMINARY STATEMENT OF ISSUES ON APPEAL

Petitioners seek review of Orders149 FERC ¶ 61,258 (2014) (December 18, 2014 order approving issuance of Certificate of Public Convenience and Necessity), 154 FERC ¶ 61,166 (2016) (March 3, 2016 order denying Petitioners' rehearing request), and any subsequent letter orders on the following grounds:

1) The U.S. Federal Energy Regulatory Commission ("Commission") violated 33 USC §1341 of the Clean Water Act by granting a Certificate of Public Convenience and Necessity ("Certificate") for Transcontinental Gas Pipe Line Company's ("Transco") Leidy Southeast Expansion Project ("Project") prior to the Pennsylvania Department of Environmental Protection issuing its Section 401 Water Quality Certification for the Project.

2) The Commission violated the National Environmental Policy Act by its failure to establish an adequate baseline from which it conducted its environmental review of the Project.

3) The Commission violated the National Environmental Policy Act by failing to disclose or verify flow velocity and other technical data necessary to determine the full extent of the Project's inter-relatedness to previous, pending, and future projects, and also to determine the operational safety of the Project.

4) The Commission violated the National Environmental Policy Act by unlawfully treating similarly situated parties differently.

Respectfully submitted this 4th day of April, 2016,

> */s/ Aaron Stemplewicz*
>
> Aaron Stemplewicz
> Delaware Riverkeeper Network
> 925 Canal Street, Suite 3701
> Bristol, PA 19107
> Phone: 215.369.1188
> Fax: 215.369.1181
> aaron@delawareriverkeeper.org
>
> Counsel for: *Petitioners Delaware Riverkeeper Network and the Delaware Riverkeeper*